PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF TEXAS
__Beaumont__ DIVISION

__Herbert Wiggins #1370636__
Plaintiff's Name and ID Number

__Stiles Unit  Beaumont, TX.__
Place of Confinement

CASE NO. __1:23cv99__
(Clerk will assign the number)

v. __P.O. Box 99  Huntsville TX. 77342__

__Bobby Lumpkin, TDCJ Director__
Defendant's Name and Address

__UTMB, Director, 301 University Blvd Galveston, TX. 77555-1207__
Defendant's Name and Address

__Warden Norsworthy__
__3060 F.M. 3514 Beaumont, TX. 77705__
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."  *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. **PREVIOUS LAWSUITS:**
    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
        1. Approximate date of filing lawsuit: 05-19-21
        2. Parties to previous lawsuit:
           Plaintiff(s) Herbert Wiggins
           Defendant(s) Director, TDCJ
        3. Court: (If federal, name the district; if state, name the county.) Eastern
        4. Cause number: Civil Action No. 1:20cv303
        5. Name of judge to whom case was assigned: Keith F. Giblin
        6. Disposition: (Was the case dismissed, appealed, still pending?) Voluntarily dismissed
        7. Approximate date of disposition: 05-19-2021

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Stiles Unit Beaumont, TX.

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Herbert Wiggins Stiles Unit 3060 F.M. 3514 Beaumont, TX. 77705

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Bobby Lumpkin P.O. Box 99 Huntsville, TX 77342, TDCJ Director, Head Director

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
He is responsable for all employee's, so that makes him responsable

Defendant #2: UTMB Director 301 University Blvd Galveston, TX. 77555 UTMB Director, Head Director

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Responsable for what denying me dentures + training their employee's

Defendant #3: Warden Norsworthy 3060 F.M. 3514, Beaumont, TX. 77705, Warden of Stiles Unit, TDCJ, Have written him about this, & he did nothing.

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Wrote Norsworthy a few times about this, but he did nothing.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

This is also deliberate indifference because they knowingly failure to provide dentures for Wiggins. And for withholding of care for his painful dental conditions, because he has written them up more than once because of the denial. This has been going on for over three years, and Wiggins condition has gotten whorse, his gums stay sore all the time. Wiggins voluntarily dismissed his other complaint because Medical started to do things to help Wiggins, until he pulled the Lawsuit. Then they started to refuse him again on everything. Wiggins will not voluntarily dismiss this complaint. Wiggins also asking 285,000 dollars for all he been through & for his cruel & usual punishment. Plus $400.00 for Court cost, because TDCJ is responseful for this Lawsuit. Ask the Honorable Court to consider all the above and give him relief as deemed by Law.

Respectfully Submitted
Herbert Wiggins
Herbert Wiggins

Herbert Wiggins #1370636
Stiles Unit 19-W-47
3060 F.M. 3514
Beaumont, TX. 77705

Wiggins holding Bobby Lumpkin & Warden Norsworthy & the Director of UTMB responseable for all their employee's behaver, & for let them treat me like they have. They are not training their employee's like they should. This why I've wrote all them up in this Lawsuit. So this want happen to other inmates like me.

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Due to the denial of dentures, Wiggins has been suffering from not been able to chew his food properly. His dental conditions are serious by causing him pain, discomfort, & a threat to his good health. Wiggins cannot chew his food, has headaches, disfigurement from lack of dentures, this is a serious Medical Need. Mrs Womach, & dentist White has continually to denie Wiggins his dentures. "See Step two" Wiggins filed this on Oct. 9th-22, But did not received it back until Feb. 3, 2023. But they put the Date answered were 12-08-2022, this is not so, They held it.
"See extra Page"

VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Make TDCJ give me some teeth to eat with & pay me Confiscation for cruel and usual Punishment & indangering my Health.

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Herbert L. Wiggins

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#1370636 TDCJ-CID

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied?  N/A  YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): __N/A__
2. Case number: __N/A__
3. Approximate date warning was issued: __N/A__

Executed on: __2-23-23__
DATE

__Herbert Wiggins__
__Herbert Wiggins__
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __23rd__ day of __February__, 20 __23__.
             (Day)                (month)              (year)

__Herbert Wiggins__
__Herbert Wiggins__
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

Case 1:23-cv-00099-MJT-ZJH Document 1 Filed 03/06/23 Page 7 of 10 PageID #: 7

*Received on Feb. 3, 2023*



# Texas Department of Criminal Justice
## STEP 2 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2023003655
UGI Recd Date: NOV 09 2022
HQ Recd Date: NOV 10 2022
Date Due: 12/19/22
Grievance Code: 610
Investigator ID#: I0352
Extension Date: _____

ST

Offender Name: Herbert Wiggins   TDCJ # 1370636
Unit: Stiles   Housing Assignment: 19-W-47
Unit where incident occurred: Stiles

---

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

---

**Give reason for appeal (Be Specific).** I am dissatisfied with the response at Step 1 because...

Mrs Womack was not surpose to answer, a warden should be the one to answer this step one. And she is black & that is the reason only black inmates are been given dentures. This is racism, & no I'm not a racist person. Mrs Davis had me set up for dentures before she retired & White did not like that, so he waited until she left to get it turned around. Mrs. Womack tried to make it sound like I was complaining about being charged a fee, but the step one was not about me being charged a fee at all. Womack signed off on my step one on 9-21-22, but she held it until 10-7-22 just to get me time barred on this step two, but I'm filing it anyway. When this is answered & if I'm denied we will go to court on this. Plus I'm going to write my family & Sen. John Witmire on this also. They will be in touch with Huntsville on this. Because I've not been told by anyone from Huntsville, that I could not get my dentures, I will have my family hire me a lawyer from the free world to file a law suite on this. I have been loosing weight because I can not eat my food, because of my teeth being sore & can not chew my food with one tooth. I have ~~~~~ acid reflux everytime I eat, because I can not chew my food. This is causing me health problems & no one cares at all. Please

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

take care of this situation soon, or I will take the next step to get this done. God Bless you + thanks for your time + assistance.

C/C

Offender Signature: Herbert Wiggins          Date: 10-9-22

Grievance Response:

A review of the Step 1 grievance and documentation was completed regarding your request to receive dentures and have the rest of your fourteen (14) teeth pulled.

An appellate review of the medical grievance and clinical record indicates the response at the Step 1 level is appropriate. You were last seen by dental on 10/06/2022 for a Sick Call Request (SCR) you submitted with complaints of a tooth being broken and causing you pain. Tooth #4 was extracted during that visit. If you would like to be evaluated again for dentures, you may submit a SCR to dental. There is a process to receiving dentures, starting with a medical evaluation to determine your nutritional status. Then if it is determined that your nutritional status is compromised, special diets, such as a mechanical soft diet and nutritional supplementation, should be considered. After assessing the effectiveness of the assigned diet, dental prostheses for those patients with compromised nutritional status may be considered. Approval for dental prosthetics should be coordinated between the patient's dentist and medical provider. You can request the form, Medically Necessary Prosthetics Referral Form, be filled out on your behalf to be sent to the committee for approval or denial.

Please reference Correctional Managed Health Care (CMHC) Policy E-36.4 Dental Prosthodontic Services and Attachment A-Medically Necessary Prosthetics Referral Form. No further action is warranted through the grievance process.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS
TDCJ HEALTH SERVICES DIVISION

Signature: _____          Date: 12/08/2022

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

**Initial Submission**          CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened  ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**          CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened  ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**          CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened  ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                    Appendix G

TO: The Court Clerk                                         2-28-23

I'm writing to let this Honorable Court know why it's took so long to file this. The Law Library, Mrs. Trinble has kept me from getting a copy of my Inmate Trust Fund for the last six months. So in order for me to file this on time, I have to send it out without my Trust Fund copy. I'm asking this court to please except what that I said in my informa Pauperis as true. They are trying to get me time barred so this Honorable Court will dismiss my 1983 Lawsuit. They held my step two for over two months after they had answered it. I got lay in during count because Trinble does that when she don't want to help anyone. Due to the mail box rule this has been put in the box on time. I would have already sent this in, but for these people trying to stop me from filing this. Because they were surpose to send my step two to Huntsville, but I know Huntsville never even knew about this, it was answered here, not Huntsville. Went back a second time just to be denied excess to the Courts.

Respectfully Submitted
Herbert Wiggins
Herbert Wiggins

Herbert Wiggins #1370636
Stiles Unit 19-W-47
3060 F.M. 3514
Beaumont, TX. 77705

legal

Clerk
United States District Court
300 Wellow Street, Suite 104
Beaumont, Texas  77701-2217

CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 06 2023
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS