IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

HERBERT WIGGINS                          §

VS.                                      §                    CIVIL ACTION NO. 1:23cv99

WARDEN NORSWORTHY                         §

### ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Herbert Wiggins, proceeding *pro se*, filed the above-styled civil rights lawsuit. The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this Court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed for failure to state a claim upon which relief may be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Plaintiff filed objections to the Report and Recommendation.

Plaintiff originally named three individuals as defendants. The Magistrate Judge entered an order severing the claims against the defendants other than defendant Norsworthy into a separate lawsuit. Plaintiff asserts the Magistrate Judge erred in entering this order. Plaintiff further states the Magistrate Judge erred by not waiting until 14 days after the severance order was entered before submitting his Report and Recommendation.

The severance order was not dispositive of any of plaintiff's claims. Pursuant to Federal Rule of Civil Procedure 72, a district judge may modify or set aside a nondispostive order entered by a magistrate judge when it is clearly erroneous or contrary to law. An objection to such an order must be filed within 14 days of the date of the order.

The magistrate judge correctly stated that the claims against defendant Norsworthy involved different factual allegations and legal standards than the claims against the severed defendants. As a result, severing the claims against the other two defendants was not clearly erroneous or contrary

to law.  Further, as plaintiff's objections to the severance order have been considered by the court, plaintiff has suffered no prejudice due to the Report and Recommendation being submitted less than 14 days after the severance order was entered.

ORDER

Plaintiff's objections [Dkt. 17] are therefore OVERRULED.  The findings of fact and conclusions of law in the report are correct and the report of the magistrate judge [Dkt. 15] is ADOPTED.  A final judgment shall be entered dismissing this lawsuit.

**SIGNED this 5th day of March, 2026.**

Michael J. Truncale
United States District Judge